# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SONJA R. KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 07-0788-WS-B |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the Court's orders of April 18, 2008 and June 4, 2009, the plaintiff shall recover nothing from the defendant. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of defendant Alabama Department of Transportation and against plaintiff Sonja R. Kennedy.

DONE this 4th day of June, 2009.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE